IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANNE WELLOCK, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| TAYLOR HOSPITAL, INC., et al., | : | |
| | : | NO. 10-2883 |
| Defendants. | : | |

## ORDER

AND NOW, this 17th day of September, 2012, upon consideration of the Plaintiff's Amended Complaint (Docket No. 10), the Defendants' Joint Motion to Dismiss (Docket No. 12), the Plaintiff's Response thereto (Docket No. 14), and the parties' Supplemental Briefing (Docket Nos. 18-19), and following oral argument, it is hereby ORDERED that the Defendants' Motion to Dismiss is GRANTED with prejudice. The Clerk of Court shall mark the action as closed.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE